UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26cv02947 CAS (RAOx) Date: August 3, 2026

Title *JORDAN BROWN v. METAL CHEM, INC.*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| | |
|---|---|
| Catherine Jeang | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – ORDER TO SHOW CAUSE**

The Court granted the First Stipulation for Extension of Time to File Answer to May 18, 2026[10], by Order[11]. A Second Stipulation for Extension of Time to File Answer to July 17, 2026[12] was filed. The Court accepted the parties second stipulation [12]. The Court notes that both stipulations [10] [12] contained Filer Deficiencies that the Proposed Order was not submitted as a separate attachment, nor emailed to chambers, pursuant to this Court's procedures.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 24, 2026**, why this action should not be dismissed for lack of prosecution**.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider an answer by **defendant METAL CHEM, INC.**, or plaintiff's filing of the proof of service and request for entry of default on this defendant on or before the above date, as a satisfactory response to the Order to Show Cause.

00:00

**Initials of Preparer** CMJ